**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHANTAE M. WYATT, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BIOTEK REMEDIES, INC, *et al.* | : | NO. 19-6069 |

## ORDER

**AND NOW**, this 24th day of September 2024, after extensive mediation overseen by the court with the participation of all necessary parties, and the parties reporting that they have settled the pending matter of attorney's fees, it is hereby **ORDERED** that the Motion for Attorney's Fees (Document No. 128) is **DENIED** as moot.

The Clerk of Court shall close this case for statistical purposes, however, the court specifically retains jurisdiction over the question of fees, until all terms of the parties' agreement concerning attorney's fees are satisfied.

**IT IS SO ORDERED**.

BY THE COURT:

  */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge